1

2

3

4                                                        JS-6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  Lee Dodson,                    )   Case No. **CV 14-3733-JFW (AGRx)**
                                    )
12             Plaintiff,           )   **JUDGMENT**
                                    )
13        v.                        )
                                    )
14  FedEx Corporate Services,       )
    Inc.,                           )
15                                  )
               Defendant.           )
16  _____  )

17      The Court, having granted the Defendant FedEx Corporate

18  Services, Inc.'s (sued as FedEx Corporate Services, Inc. and

19  FedEx Corporate Services) ("Defendant") motion for summary

20  judgment based on its determination that there was no genuine

21  issue as to any material fact and that Defendant was entitled

22  to judgment as a matter of law on all claims for relief

23  alleged against it,

24      IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND

25  DECREED, that judgment is entered in this action as follows:

26      1.  Plaintiff Lee Dodson ("Plaintiff") shall recover

27  nothing from Defendant;

28      2.  Defendant shall have judgment in its favor on

    Plaintiff's entire action; and

3.   Defendant shall recover from Plaintiff its costs of suit in the sum of $_____.


The Clerk is ordered to enter this Judgment.


Dated: April 6, 2015

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE